AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Nagle, Margaret A. | **2. Court or Organization** <br><br> Central District of California | **3. Date of Report** <br><br> 07/30/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. Magistrate Judge/FT | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
255 E. Temple St., Room 570
Los Angeles, CA 90012

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Akin, Gump, Strauss, Hauer & Feld LLP - Partnership Income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgages on Rental Property, Los Angeles, CA | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property (1) -- Los Angeles, CA | E | Rent | P1 | R | | | | | |
| 2. Rental Property (2) - Los Angeles, CA | C | Rent | P1 | R | | | | | |
| 3. Timesquare Capital Mgmt. Russell Midcap Growth Index | | None | P1 | T | | | | | |
| 4. Atlanta Capital Mgmt. Russell 2000 Index - Retirement Acct. | | None | P1 | T | | | | | |
| 5. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 6. Neuberger Berman Genesis Fund-Inst. Class - Retirement Acct. | | None | P1 | T | | | | | |
| 7. American Funds Euro-Pacific Growth Fund - Retirement Acct. | | None | P1 | T | | | | | |
| 8. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 9. Dir Multi Asset Moderate | | None | N | T | | | | | |
| 10. TOUCHSTONE SANDS INSTL GROWTH | | None | O | T | | | | | |
| 11. Oppenheimer Main St. - Small & Mid-Cap | | None | M | T | | | | | |
| 12. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 13. Wells Fargo Private Banking Money Market Checking Acct. | A | Dividend | N | T | | | | | |
| 14. Chase Checking Acct. | | None | J | T | | | | | |
| 15. Chase Savings Acct. | A | Interest | J | T | | | | | |
| 16. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 17. MUTUAL FD SER TR CTLYS/CP EQY A | | None | N | T | Buy | 12/18/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 19.  Schwab Advisor Cash Reserves Premier | A | Dividend | K | T | | | | | |
| 20.  ECOLAB INC | A | Dividend | | | Sold | 05/06/14 | K | E | |
| 21.  TIME WARNER CABLE | | None | | | Sold | 01/14/14 | K | D | |
| 22.  PPG INDUSTRIES INC | A | Dividend | | | Sold | 09/16/14 | K | E | |
| 23.  ACTAVIS | | None | L | T | Sold (part) | 02/20/14 | J | B | |
| 24.  MINERALS TECHNOLOGIES INC. | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 25.  FLOWSERVE CORP | A | Dividend | | | Sold | 04/29/14 | K | D | |
| 26.  COVANCE INC. | | None | | | Sold | 05/06/14 | K | C | |
| 27.  AMERIPRISE FINL INC | A | Dividend | | | Sold | 04/15/14 | K | D | |
| 28.  KKR & CO L P DEL | B | Dividend | | | Sold | 05/13/14 | K | D | |
| 29.  HONEYWELL INTL INC | A | Dividend | | | Sold | 05/28/14 | K | D | |
| 30.  FIFTH & PAC COS INC | | None | | | Sold | 04/22/14 | K | E | |
| 31.  AETNA INC NEW | A | Dividend | | | Sold | 08/12/14 | K | D | |
| 32.  FIFTH THIRD BANCORP | A | Dividend | | | Sold | 07/22/14 | K | B | |
| 33.  TOWERS WATSON & CO | A | Dividend | | | Sold | 04/15/14 | K | C | |
| 34.  L-3 COMMUNICATIONS HLDGS INC | A | Dividend | | | Sold | 08/05/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIRSTMERIT CORP | | None | | | Sold | 01/07/14 | K | | |
| 36. WASTE MGMT INC DEL | | None | | | Sold | 01/26/14 | J | | |
| 37. SCHWAB CHARLES CORP NEW | A | Dividend | | | Sold | 10/14/14 | K | C | |
| 38. ILLUMINA INC | | None | K | T | Sold (part) | 02/20/14 | J | C | |
| 39. " " " | | | | | Sold | 03/25/14 | J | D | |
| 40. BROADRIDGE FNL SOLUTIONS INC | A | Dividend | K | T | | | | | |
| 41. MGM MIRAGE | | None | | | Sold | 09/03/14 | K | C | |
| 42. GOODYEAR TIRE AND RUBR CO | A | Dividend | | | Sold | 09/09/14 | K | D | |
| 43. WYNN RESORTS LTD | A | Dividend | | | Sold | 06/10/14 | K | C | |
| 44. LAS VEGAS SANDS CORP | A | Dividend | | | Buy | 01/14/14 | K | | |
| 45. " " " | | | | | Sold | 06/10/14 | K | | |
| 46. TRINITY INDS INC | A | Dividend | | | Buy | 03/04/14 | K | | |
| 47. " " " | | | | | Sold | 10/28/14 | K | A | |
| 48. GREENBRIER COS INC | A | Dividend | | | Buy | 04/15/14 | K | | |
| 49. " " " | | | | | Sold | 12/02/14 | K | B | |
| 50. GATX CORP | A | Dividend | | | Buy | 04/15/14 | K | | |
| 51. " " " | | | | | Sold | 10/07/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DOW CHEM CO | A | Dividend | | | Buy | 04/15/14 | K | | |
| 53. " " " | | | | | Sold | 12/02/14 | K | A | |
| 54. BROWN FORMAN CORP | A | Dividend | | | Buy | 04/29/14 | K | | |
| 55. " " " | | | | | Sold | 12/16/14 | K | | |
| 56. McGRAW HILL COS INC | A | Dividend | K | T | Buy | 01/14/14 | K | | |
| 57. " " " | | | | | Buy | 01/28/14 | J | | |
| 58. SKYWORKS SOLUTIONS INC | A | Dividend | L | T | Buy | 04/22/14 | K | | |
| 59. NORFOLK SOUTHERN CORP | A | Dividend | K | T | Buy | 04/22/14 | K | | |
| 60. " " " | | | | | Buy | 07/22/14 | J | | |
| 61. " " " | | | | | Buy | 08/19/14 | J | | |
| 62. ACE LTD | A | Dividend | K | T | Buy | 05/06/14 | K | | |
| 63. " " " | | | | | Buy | 05/28/14 | J | | |
| 64. DR PEPPER SNAPPLE GROUP INC | A | Dividend | K | T | Buy | 05/06/14 | K | | |
| 65. WHITEWAVE FOODS CO. | | None | K | T | Buy | 05/13/14 | K | | |
| 66. MALLINCKRODT PUB LTD CO | | None | L | T | Buy | 05/28/14 | K | | |
| 67. " " " | | | | | Buy | 06/10/14 | K | | |
| 68. BALL CORP | A | Dividend | K | T | Buy | 06/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SENSATA TECHNOLOGIES HLDS BV | | None | K | T | Buy | 07/22/14 | K | | |
| 70. UNIVERSAL HEALTH SVCS INC | A | Dividend | K | T | Buy | 08/12/14 | K | | |
| 71. HEALTH NET INC | | None | K | T | Buy | 09/03/14 | K | | |
| 72. LAM RESEARCH CORP | A | Dividend | K | T | Buy | 09/09/14 | K | | |
| 73. NASDAQ STOCK MARKET INC | A | Dividend | K | T | Buy | 09/16/14 | K | | |
| 74. COSTCO WHSL CORP NEW | A | Dividend | K | T | Buy | 10/14/14 | K | | |
| 75. CHIPOTLE MEXICAN GRILL INC | | None | K | T | Buy | 10/28/14 | K | | |
| 76. PAYCHEX INC | | None | K | T | Buy | 12/02/14 | K | | |
| 77. NORDSTROM INC | | None | K | T | Buy | 12/16/14 | K | | |
| 78. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 79. Schwab CA Municipal Money Fund | A | Dividend | K | T | | | | | |
| 80. Dollar Tree, Inc. | | None | J | T | Donated (part) | | | | |
| 81. ECOLAB INC | A | Dividend | | | Sold | 05/06/14 | N | G | |
| 82. PPG INDUSTRIES INC | C | Dividend | | | Sold | 09/16/14 | N | G | |
| 83. ACTAVIS | | None | N | T | Sold (part) | 01/09/14 | K | D | |
| 84. " " " | | | | | Sold (part) | 02/20/14 | K | E | |
| 85. " " " | | | | | Sold (part) | 11/12/14 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TIME WARNER INC | | None | | | Sold | 01/14/14 | N | F | |
| 87. FLOWSERVE CORP | A | Dividend | | | Sold | 04/29/14 | N | F | |
| 88. COVANCE INC | | None | | | Sold | 05/06/14 | M | E | |
| 89. AMERIPRISE FINL INC | B | Dividend | | | Sold | 04/15/14 | N | G | |
| 90. KKR & CO L P DEL | D | Dividend | | | Sold | 05/13/14 | N | E | |
| 91. HONEYWELL INTL INC | C | Dividend | | | Sold | 05/28/14 | N | F | |
| 92. STARBUCKS CORP | A | Dividend | | | Sold | 03/04/14 | M | D | |
| 93. FIFTH THIRD BANCORP | C | Dividend | | | Sold | 07/22/14 | N | E | |
| 94. SIGNATURE BK NEW YORK NY | | None | | | Sold | 09/09/14 | N | F | |
| 95. TOWERS WATSON & CO | A | Dividend | | | Sold | 04/15/14 | N | E | |
| 96. FIRSTMERIT CORP | | None | | | Sold | 01/07/14 | M | | |
| 97. ALLIANT TECHSYSTEMS INC | A | Dividend | | | Sold | 09/03/14 | L | D | |
| 98. WASTE MGMT INC DEL | | None | | | Sold | 01/28/14 | M | | |
| 99. SCHWAB CHARLES CORP NEW | B | Dividend | | | Sold | 10/14/14 | M | E | |
| 100. ILLUMINA INC | | None | N | T | Sold (part) | 02/20/14 | L | E | |
| 101. " " " | | | | | Sold (part) | 03/25/14 | L | E | |
| 102. INTERPUBLIC GROUP COS INC | C | Dividend | | | Sold | 09/30/14 | N | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  MGM MIRAGE | | None | | | Sold | 09/03/14 | M | E | |
| 104.  GOODYEAR TIRE AND RUBR CO | B | Dividend | | | Sold | 09/09/14 | N | E | |
| 105.  LAS VEGAS SANDS CORP | B | Dividend | | | Buy | 01/14/14 | M | | |
| 106.  " " " | | | | | Sold | 06/10/14 | M | | |
| 107.  TRINITY IND INC | B | Dividend | | | Buy | 03/04/14 | M | | |
| 108.  " " " | | | | | Sold | 10/28/14 | M | B | |
| 109.  GREENBRIER COS INC | A | Dividend | | | Buy | 04/15/14 | M | | |
| 110.  " " " | | | | | Sold | 12/02/14 | M | D | |
| 111.  GATX CORP | B | Dividend | | | Buy | 04/15/14 | M | | |
| 112.  " " " | | | | | Sold | 10/07/14 | M | | |
| 113.  DOW CHEM CO | B | Dividend | | | Buy | 04/15/14 | M | | |
| 114.  " " " | | | | | Sold | 11/12/14 | M | D | |
| 115.  BROWN FORMAN CORP | C | Dividend | | | Buy | 04/29/14 | N | | |
| 116.  " " " | | | | | Sold | 12/16/14 | N | | |
| 117.  SENSATA TECHNOLOGIES HLDG BV | | None | | | Buy | 07/22/14 | M | | |
| 118.  " " " | | | | | Sold | 11/12/14 | M | A | |
| 119.  NASDAQ STOCK MARKET INC | A | Dividend | M | T | Buy | 09/16/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. " " " | | | | | Sold (part) | 11/12/14 | M | A | |
| 121. NORFOLK SOUTHERN CORP | B | Dividend | M | T | Buy | 04/22/14 | M | | |
| 122. " " " | | | | | Buy | 10/07/14 | M | | |
| 123. " " " | | | | | Sold (part) | 12/19/14 | L | D | |
| 124. McGRAW HILL COS INC | C | Dividend | N | T | Buy | 01/14/14 | M | | |
| 125. " " " | | | | | Buy | 01/28/14 | L | | |
| 126. GLOBAL PMTS INC | A | Dividend | M | T | Buy | 02/25/14 | M | | |
| 127. ACE LTD | C | Dividend | N | T | Buy | 05/06/14 | M | | |
| 128. DR PEPPER SNAPPLE GROUP INC | D | Dividend | N | T | Buy | 05/06/14 | N | | |
| 129. WHITEWAVE FOODS COS | | None | N | T | Buy | 05/13/14 | N | | |
| 130. MALLINCKRODT PUB LTD CO | | None | N | T | Buy | 05/28/14 | N | | |
| 131. BALL CORP | B | Dividend | N | T | Buy | 06/10/14 | M | | |
| 132. " " " | | | | | Buy | 08/05/14 | K | | |
| 133. HEALTH NET INC | | None | N | T | Buy | 09/03/14 | M | | |
| 134. LAM RESEARCH CORP | A | Dividend | N | T | Buy | 09/09/14 | N | | |
| 135. BANK OF NEW YORK MELLON CORP | B | Dividend | M | T | Buy | 09/09/14 | M | | |
| 136. SHERWIN WILLIAMS CO | A | Dividend | N | T | Buy | 09/30/14 | N | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. COSTCO WHSL CORP NEW | A | Dividend | N | T | Buy | 10/14/14 | M | | |
| 138. CHIPOTLE MEXICAN GRILL INC | | None | N | T | Buy | 10/28/14 | M | | |
| 139. " " " | | | | | Buy | 11/25/14 | K | | |
| 140. PAYCHEX INC | | None | N | T | Buy | 12/02/14 | M | | |
| 141. " " " | | | | | Buy | 12/09/14 | L | | |
| 142. NORDSTROM INC | | None | N | T | Buy | 12/16/14 | N | | |
| 143. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 144. Schwab Advisor Cash Reserves Premier | A | Dividend | K | T | | | | | |
| 145. ECOLAB INC | A | Dividend | | | Sold | 05/06/14 | M | E | |
| 146. PPG INDUSTRIES INC | B | Dividend | | | Sold | 09/16/14 | M | F | |
| 147. ACTAVIS | | None | M | T | | | | | |
| 148. FLOWSERVE CORP | A | Dividend | | | Sold | 04/29/14 | L | E | |
| 149. COVANCE INC | | None | | | Sold | 05/06/14 | K | D | |
| 150. AMERIPRISE FINL INC | A | Dividend | | | Sold | 04/15/14 | L | E | |
| 151. KKR & CO LP DEL | C | Dividend | | | Sold | 05/13/14 | L | D | |
| 152. STATE STR CORP | | None | | | Sold | 03/04/14 | L | D | |
| 153. HONEYWELL INTL INC | A | Dividend | | | Sold | 05/28/14 | L | E | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FIFTH & PAC COS INC | | None | | | Sold | 04/22/14 | M | E | |
| 155. AETNA INC NEW | A | Dividend | | | Sold | 08/12/14 | L | E | |
| 156. FIFTH THIRD BANCORP | A | Dividend | | | Sold | 07/22/14 | L | D | |
| 157. SIGNATURE BK NEW YORK NY | | None | | | Sold | 09/09/14 | L | E | |
| 158. TOWERS WATSON & CO | A | Dividend | | | Sold | 04/15/14 | L | D | |
| 159. L-3 COMMUNICATIONS HLDGS INC | A | Dividend | | | Sold | 08/05/14 | K | D | |
| 160. WASTE MGMT INC DEL | | None | | | Sold | 01/28/14 | K | | |
| 161. SCHWAB CHARLES CORP NEW | A | Dividend | | | Buy | 02/04/14 | K | | |
| 162. " " " | | | | | Sold | 10/14/14 | L | D | |
| 163. ILLUMINA INC | | None | M | T | Sold (part) | 02/20/14 | K | E | |
| 164. " " " | | | | | Sold (part) | 03/25/14 | K | D | |
| 165. INTERPUBLIC GROUP COS INC | B | Dividend | | | Sold | 09/30/14 | L | D | |
| 166. BROADRIDGE FINL SOLUTIONS INC | B | Dividend | L | T | | | | | |
| 167. GOODYEAR TIRE AND RUBR CO | A | Dividend | | | Sold | 09/09/14 | L | D | |
| 168. WYNN RESORTS LTD | B | Dividend | | | Buy | 01/28/14 | K | | |
| 169. " " " | | | | | Sold | 06/10/14 | L | D | |
| 170. TRINITY INDS INC | A | Dividend | | | Buy | 03/04/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. " " " | | | | | Sold | 10/28/14 | L | B | |
| 172. GREENBRIER COS. INC | A | Dividend | | | Buy | 04/15/14 | K | | |
| 173. " " " | | | | | Sold | 12/01/14 | K | C | |
| 174. GATX CORP | A | Dividend | | | Buy | 04/15/14 | K | | |
| 175. " " " | | | | | Sold | 10/07/14 | K | | |
| 176. DOW CHEM CO | A | Dividend | | | Buy | 04/15/14 | L | | |
| 177. " " " | | | | | Sold | 12/01/14 | L | A | |
| 178. BROWN FORMAN CORP | A | Dividend | | | Buy | 05/02/14 | L | | |
| 179. " " " | | | | | Sold | 12/16/14 | L | | |
| 180. RENAISSANCE RE HLDGS LTD | A | Dividend | | | Buy | 07/22/14 | K | | |
| 181. " " " | | | | | Sold | 12/02/14 | K | | |
| 182. SKYWORKS SOLUTIONS INC | A | Dividend | M | T | Buy | 04/22/14 | L | | |
| 183. NORFOLK SOUTHERN CORP | B | Dividend | L | T | Buy | 04/22/14 | K | | |
| 184. " " " | | | | | Buy | 08/19/14 | K | | |
| 185. ACE LTD | B | Dividend | L | T | Buy | 05/06/14 | L | | |
| 186. DR PEPPER SNAPPLE GROUP INC | B | Dividend | M | T | Buy | 05/06/14 | L | | |
| 187. WHITEWAVE FOODS CO | | None | M | T | Buy | 05/13/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. MALLINCKRODT PUB LTD CO | | None | M | T | Buy | 05/28/14 | L | | |
| 189. BALL CORP | A | Dividend | M | T | Buy | 06/10/14 | L | | |
| 190. SENSATA TECHNOLOGIES HLDG BV | | None | L | T | Buy | 07/22/14 | L | | |
| 191. UNIVERSAL HEALTH SVCS INC | A | Dividend | M | T | Buy | 08/12/14 | L | | |
| 192. LAM RESEARCH CORP | A | Dividend | M | T | Buy | 09/09/14 | M | | |
| 193. BANK OF NEW YORK MELLON CORP | A | Dividend | L | T | Buy | 09/09/14 | L | | |
| 194. " " " | | | | | Buy | 09/16/14 | K | | |
| 195. NASDAQ STOCK MARKET INC | A | Dividend | M | T | Buy | 09/16/14 | M | | |
| 196. SHERWIN WILLIAMS CO | A | Dividend | L | T | Buy | 09/30/14 | L | | |
| 197. " " " | | | | | Buy | 10/21/14 | K | | |
| 198. COSTCO WHSL CORP NEW | A | Dividend | M | T | Buy | 10/14/14 | L | | |
| 199. CHIPOTLE MEXICAN GRILL INC | | None | L | T | Buy | 10/28/14 | L | | |
| 200. NORDSTROM INC | | None | M | T | Buy | 12/16/14 | L | | |
| 201. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 202. Berkshire Hathaway CL B - Common Stk. | | None | M | T | | | | | |
| 203. Berkshire Hathaway CL B - Common Stk. | | None | M | T | | | | | |
| 204. Berkshsire Hathaway CL B - Common Stk. | | None | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Berkshire Hathaway CL B Common Stk. | | None | O | T | | | | | |
| 206. UBS Bank USA | A | Int./Div. | K | T | | | | | |
| 207. UBS Bank USA | A | Int./Div. | K | T | | | | | |
| 208. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 209. Berkshire Hathaway CL B | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION 7: INVESTMENTS and TRUSTS

Part VII, page 1, line 1:  This property was purchased in September 2011, for $1,296.750.

Part VII, page 1, line 2:  This property was purchased in November 2014, for $1,450,000.

Part VII, page 5, line 30, and page 13, line 154:  On February 25, 2014, the name of this company was changed to Kate Spade N Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret A. Nagle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544